```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 07165
    GWENDOLYN WASHINGTON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8029


-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 03/25/2008 and was not confirmed.

     The case was dismissed without confirmation 06/09/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------------

PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    2664.67            .00          .00
BROOKFIELD POLICE DEPT    UNSEC W/INTER  NOT FILED            .00          .00
BROOKFIELD POLICE DEPT    UNSEC W/INTER  NOT FILED            .00          .00
AUSTIN BANK OF CHICAGO    UNSEC W/INTER  NOT FILED            .00          .00
HSBC CARSON               UNSEC W/INTER  NOT FILED            .00          .00
DIRECTV                   UNSEC W/INTER  NOT FILED            .00          .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER    1078.13            .00          .00
OAK PARK OPEN MRI         UNSEC W/INTER  NOT FILED            .00          .00
ALBERNA                   NOTICE ONLY    NOT FILED            .00          .00
EMC MORTGAGE CORPORATION  CURRENT MORTG       .00             .00          .00
EMC MORTGAGE CORPORATION  SECURED NOT I       .00             .00          .00
NATIONAL CAPITAL MGMT LL  UNSEC W/INTER     537.88            .00          .00
BENNIE W FERNANDEZ        DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       ---------------       ---------------
TOTALS                      .00                   .00
```

              PAGE   1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 07165 GWENDOLYN WASHINGTON

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE